## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AVERY GERMAN, a minor, by and through ABBY BURKHART, his mother, natural guardian and next friend,<br><br>                    Plaintiffs,<br>v.<br><br>KATHRYN E. SAWCHAK, M.D.; ANN M. HENTZEN PAGE; and HUTCHINSON HOSPITAL CORPORATION,<br><br>                    Defendants. | Case No.  06-1328-JTM |

## AGREED ORDER

On this 13th day of November, 2007, by agreement of counsel for plaintiffs and counsel for defendant Hutchinson Hospital Corporation,

IT IS ORDERED defendant Hutchinson Hospital Corporation's deadline for response to plaintiffs' second request for production will be extended for 30 days from November 16, 2007, or until December 17, 2007.

                                                  s/   DONALD W. BOSTWICK
                                                  United States Magistrate Judge

HUTTON & HUTTON
Attorneys for Plaintiffs

BY    s/Anne M. Hull
     Anne M. Hull #14436

HITE, FANNING & HONEYMAN L.L.P.

- 2 -

Attorneys for Defendant Hutchinson Hospital Corporation

BY   s/ Randy J. Troutt
    Randy J. Troutt #10622